# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-CR-00118** |
| **VERSUS** | * | **JUDGE FOOTE** |
| **JOSEPH MARTIN** | * | **MAG. JUDGE WHITEHURST** |

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, JOSEPH MARTIN, on June 4, 2018. Defendant was present with his counsel Wayne J. Blanchard.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea is fully supported by a written factual basis for each of the essential elements of the offenses.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, JOSEPH MARTIN, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that JOSEPH MARTIN

be finally adjudged guilty of those offenses to which he pled.

**THUS DONE AND SIGNED** in chambers in Lafayette Louisiana this 6th day of June, 2018.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE