UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-CR-00118 |
| VERSUS | JUDGE FOOTE |
| JOSEPH MARTIN | MAG. JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, JOSEPH MARTIN, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that JOSEPH MARTIN is finally adjudged guilty of the offenses to which he plea.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___ day of June, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE